**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 18-90296 - D - 13
Robert E. Dailey and               ) Docket Control No. JFL-1
Deborah P. Dailey,                 ) Document No. 18
            Debtors.               ) Date: 08/14/2018
                                   ) Time: 10:00 AM
                                   ) DEPT: D
```

**Order**

Findings of fact and/or conclusions of law are included in the court's minutes.

    **IT IS ORDERED** that the motion for relief from automatic stay is granted as provided in this order. The automatic stay imposed by 11 U.S.C. §362 is vacated as to Seterus, Inc. for all purposes; Fed. Rule Bank. 4001(a)(3) waived; no further relief is afforded.

Dated: August 15, 2018

Robert S. Bardwil, Judge
United States Bankruptcy Court

[18] - Motion for Relief from Automatic Stay [JFL-1] Filed by Creditor Seterus, Inc. (Fee Paid $181) (eFilingID: 6309833) (dpas)